UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT    FILED



2004 FEB 23  A 10: 47

MICHAEL ANDERSON

US

v.    3:01CV2214 SRU

SUPERIOR COURT OF THE STATE OF
CONNECTICUT, OWENS, Judge,
DEPT. OF ADULT PROBATION,
Connecticut, JOHN DOE, DEPARTMENT OF
CORRECTIONS, JOHN J. ARMSTRONG

## JUDGMENT

This matter came on before the Honorable Stefan R. Underhill, United States District Judge, as a result of plaintiff's complaint.

The Court has reviewed all of the papers filed in conjunction with the complaint and on January 27, 2002, entered a Ruling and Order dismissing all claims against Connecticut Department of Probation, Connecticut DOC, Connecticut Superior Court, Howard T. Owens and John Armstrong, and ordering plaintiff to file a second amended complaint against defendant Unknown Probation Officer within 30 days, or the action would be dismissed.

No second amended complaint being filed within the time specified, it is hereby ORDERED that the complaint on file herein, be and hereby is dismissed.

Dated at Bridgeport, Connecticut, this 20th day of February, 2004.

KEVIN F. ROWE, Clerk

By _____
Deputy Clerk

Entered on Docket _____