UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

Roseann B. MacKechnie
CLERK

**MANDATE**

FILED
2004 NOV 22 P 1:49
U.S. DISTRICT COURT
NEW HAVEN, CT

FILED
NOV 12 2004

Date: 11/12/04
Docket Number: 03-7449-cv
Short Title: Anderson v. Superior Court
DC Docket Number: 01-cv-2214
DC: CT|New Haven
DC Judge: Underhill

At a stated term of the United States Court of Appeals for the Second Circuit, held at the United States Courthouse, Foley Square in the City of New York, on the 12th day of November two thousand four.

Anderson v. Superior Court

A scheduling order in accordance with the Civil Appeals Management Plan of this court having been entered therein, requiring the record on appeal, the appellant's brief and the joint appendix to be filed on or before the dates stated on the scheduling order, and also providing that in the event of default by the appellant the appeal shall be dismissed forthwith, and it appearing that the appellant has so defaulted,

Upon consideration of the appeal herein it is **ORDERED** that the appeal be, and it hereby is dismissed.

Very truly yours,

Roseann B. MacKechnie, Clerk

By: D. Holmes
Deborah A. Holmes
Deputy Clerk

A TRUE COPY
Roseann B. MacKechnie, CLERK

by D. Holmes
DEPUTY CLERK

ISSUED AS MANDATE: NOV 12 2004